# United States Court of Appeals

## For the First Circuit

No. 10-1235

REGINALD BUTLER,

Petitioner, Appellant,

v.

STEVEN O'BRIEN, Superintendent at MCI-OCCC,

Respondent, Appellee.

---

**ERRATA SHEET**

The opinion of this Court issued on December 9, 2011, is amended as follows:

On page 24, line 12: replace "Fu" with "Further".